IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Winston J. Banks, Pro Se                         :
       Petitioner                               :
                                 :

       Vs.                                      :
                                 :     CIVIL ACTION

           **ESTATE**                          :     No.  21-CV-4644

Jerome Taylor, Esq. **(Deceased)**& Associates
Et Al & Joseph I. Fineman, Esq. **(Deceased)**   :
Et Al; Howard A. Taylor, Esq., Auclair Giles   :
and Location Devehicules Rockland, Inc.,       :
South Eastern Pennsylvania Transit Authority
(SEPTA)                                        :
        Defendant(s)                         :

USDC-EDPA REC'D CLERK
2022 FEB 7 PM 5:02

## COMPLAINT

1. The Petitioner, Winston J. Banks, is a U.S. citizen and resident of the Commonwealth of Pennsylvania.

2. The Defendant's, Jerome Taylor Esq., and Associates, Joseph I. Fineman Esq, who represented the Plaintiff, Winston J. Banks, regarding the accident were residing in the Commonwealth of Pennsylvania.

3. The initial Complaint filed on behalf of Plaintiff, Winston J. Banks, was on April 12, 1993 as a Civil Action, **93-CV-1917**.

4. Jurisdiction is conferred on this Court by Diversity Statute, 28 U.S.C., S 1357, Injuries under Federal Law, et seq.

5. The monetary amount of the issue at hand may exceed $50,000.00.

6. The initial representation provided to the Petitioner was conducted by the Law firm of Jerome Taylor and Associates. The assigned Attorney to personally represent Petitioner was Joseph Fineman, Esq. In this Complaint both Attorney's, Jerome Taylor and Joseph Fineman will be referred as **"Deceased"**.

7. To the best of the Petitioner knowledge, Attorney Jerome Taylor, Esq. passed on or about October 19, 2013.

8. To the best of the Petitioner knowledge, Attorney Joseph Fineman, Esq. passed on or about May 16, 2004.

9. It is for this reason that the Petitoner is Filing this Complaint seeking compensation from the existing Estate(s).

10. The initial cause of bodily injury to the Petitioner occurred during a "work related" (SEPTA operated) vehicle i.e. passenger bus.

11. The tractor/trailer involved in the collision was operated by Defendant, Auclair Gilles. The Defendant at the time was an Canadian citizen employed by the foreign company, De Vehicules Rockland, Inc. 108 Montcalm Nord, QUEBEC, J5R-3L8 CANADA.

12.  The vehicle collision occurred on City Line Avenue, Lower Merion Township, Montgomery County Commonwealth of Pennsylvania. The Petitioner accrued serious bodily injury due to the vehicle collision.

13. An immediate vehicle accident report was generated and filed with the appropriate authorities. The accident report was generated on May 13, 1991.

14. Attorney Joseph Fineman, Esq. (Deceased) indicated in the initial Complaint that *"the injuries cause the Plaintiff great pain and will continue to do so in the future. The Plaintiff has lost the monies that would have come to him through employment........".*

-2-

15. Regarding the facts as stated by Attorney Joseph Fineman, Esq. (Deceased) in the initial Complaint that *"the Plaintiff, Winston J. Banks, believes and therefore avers that all his injuries are permanent in nature and character"*.

16. Petitioner requests that an issue of dispute be presented to the Court. As per the Order dated August 26, 1994 signed by the Hon. E. Mac Troutman states *"Pursuant to Chapters VIII and IX of the Civil Justice Reform Plan, Trial Counsel and all principals necessary for full and immediate authority to negotiate in good faith......"*.

17. SEPTA Management disqualified Petitioner, Winston J. Banks, as an Operator via formal notification dated February 3, 1993. In essence employment as a Transportation Operator was terminated.

18. Petitioner, Winston J. Banks, endured perpetual pain and suffering during his life time of employment. To address the physical aspect of his debilitating condition the Petitioner obtained medical treatment from Goodman Family Chiropractic, 7556 Rising Sun Avenue, Philadelphia Pennsylvania 19111. Petitioner utilizing his employee medical plan as well as his own "out of pocket" costs.

19. Initial physical evaluation was performed by Dr. David Goodman Family Chiropractic, December 16, 2009. Additional diagnostic testing was performed the same day in the office.

20. Petitioner was treated as an inpatient October 21, 2019 at the Veterans Administration Medical Center, 3900 Woodland Avenue, Philadelphia Pennsylvania 19104. Purpose of the medical procedure was to surgically fuse the lower spine abnormalities. Location of the surgery was the L-3 and L-4 spinal discs. Same direct injured area on May 13, 1991.

21. Petitioner was discharged from the Veterans Administration Medical Center October 29, 2019.

22. Petitioner obtained an Undergraduate degree from East Stroudsburg State College December 1979. Petitioner obtained a Bachelor of Science degree in Physical Education with a Minor in Health with a Concentration in individual sports on a Secondary Level.

23. Latest date of medical treatment in relation to the injured area occurred on December 15, 2021 at the Veterans Administration Medical Center. Patient admitted himself to the emergency ward for "stiffness in the lower back" due to weather conditions. Discomfort in the area was persistent for 2-3 days. Patient informed the emergency nurse that *"85% of chronic pain was alleviated since the surgery and that he arrived for treatment of the current condition"*. Patient was discharged the same evening with medication and further instructions.

24. Petitioner obtained the legal services of Bergman and Moore, LLC, 7920 Norfolk Avenue, Suite 700 Bethesda Maryland 20814, Attn: Megan Kirkpatrick, Esq. Lawfirm successfully assisted Client to file claim with the Board of Veterans Appeal, 810 Vermont Avenue NW, Washington DC 20420. Docket number 13-25-187. Order dated January 13, 2022 granted client, *"entitlement to a total disability based upon individual unemployabilty (TDIU) is granted"*. The entitlement is retroactive dating back to March 10, 2011.

25. Petitioner agrees with the prior representing Law Firm of Jerome Taylor,Esq.(Deceased) and Associates that Attorney Joseph Fineman,Esq. (Deceased) properly stated in his original Complaint that *"the Plaintiff believes and therefore avers that all his injuries are permanent in nature and character"*.

-4-

Thus the Petitioner, Winston J. Banks, request Compensation against all Defendants listed in this Legal action, Foreign and Domestic.

As a Pro Se litigant the Petitioner prays that the Court, in its wisdom, allow for any correction of record or procedure of Law in this Complaint.

Winston J. Banks, Pro Se
1720 E. Washington Lane
P.O. Box 13417
Philadelphia, PA 19138
267-595-5792

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

WINSTON J. BANKS
1720 E. Washington Lane, P.O. Box 13417
PhilAdelphia, PennA. 19133

**(b)** County of Residence of First Listed Plaintiff _PhilAdelphia_
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
WINSTON J. BANKS, PRO SE
267-595-5792 / 267-456-5188

## DEFENDANTS

Jerome TAylor, Esq, Joseph FineMAN, Esq,
Howard TAylor, Esq, Auclair Gilles, SEPTA
Location De Vehicules Rockland, Inc    PenNA

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Jerome TAylor, Esq (Deceased)
Joseph FineMAN, Esq (Deceased)

USDC-EDPA REC'D (CLERK)
2022 FEB 7 PM 5:02

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☐ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 U.S. Government Defendant | ☑ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☑ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☒ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | |
| | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| | / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | / ☐ 555 Prison Condition | | | |
| | / ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from Another District *(specify)*   ☐ 6 Multidistrict Litigation - Transfer   ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C, § 1357, Injuries under Federal Law

Brief description of cause:
Loss of income/employment And Corrective Medical Action

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE _E. MAC TroUtMAN_   DOCKET NUMBER _93-CV-1917_

DATE _2/7/2022_   SIGNATURE OF ATTORNEY OF RECORD _Winston J. Banks, Pro Se_

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____



WINSTON J. BANKS
PO BOX 13417
PHILADELPHIA, PA  19101-3417

Office of the Clerk